**Order entered March 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00004-CV

### BOBBIE THOMAS, Appellant

### V.

### UNITED MORTGAGE TRUST, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02637**

## ORDER

We **DENY** as moot appellant's January 31, 2014 motion for an extension of time to file

the reporter's record.

/s/     MICHAEL J. O'NEILL
          JUSTICE